IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERACLIO BERNAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case. No. 5:12-CV-00392-R |
| | ) | CIV-13-485-R |
| T.K. STANLEY, INC., a Mississippi | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

NOW on the 11th day of June, 2013, the Court considers Defendant T.K. Stanley, Inc.'s Unopposed Motion to Consolidate and Brief in Support [Doc. 30] requesting the Court consolidate Case No. CIV-13-485-R, styled *T.K. Stanley, Inc. v. Chaparral Energy, L.L.C.*, into this action.

For good cause shown, the Court hereby orders that Case No. CIV-13-485-R be consolidated into this action.  All future filings should reflect Case No. CIV-12-392-R.

IT IS SO ORDERED 11th day of June, 2013.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE